UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, an employee benefit plan, and BRANDON FLINN, RAYMOND LINEHAN, ANDREW ORLANDO, GARY ELLIOTT, GALE JAMISON, DAVID GILLICK, JAMES MOLL, TOM DANIELS, JEFF SCHMIDT THOMAS DAVIS, JERRY FLEMING, KENNETH KARSTEN, MIKE BENIGNO and NORMAN MERLO, Trustees of the Greater St. Louis Construction Laborers Welfare Fund, and CONSTRUCTION LABORERS PENSION TRUST OF GREATER ST. LOUIS, an employee benefit plan, and ANDREW ORLANDO, KENNETH KARSTEN, DAVID GILLICK RICHARD McLAUGHLIN, JEFFREY O'CONNELL, PASQUALE LOPICCOLO, DON WILLEY, JOSEPH BEETZ, GARY ELLIOTT, WILLIAM L. LUTH, DONALD GRANT, JOSEPH LERITZ, ROBERT FRITZ and JAY SCHULTEHENRICH, Trustees of the Construction Laborers Pension Trust of Greater St. Louis, and ST. LOUIS VACATION FUND – VACATION PLAN, an employee benefit plan, and GARY ELLIOTT, BRANDON FLINN JAY SCHULTEHENRICH, NORMAN MERLO and WILLIAM L. LUTH, Trustees of the St. Louis Vacation Fund – Vacation Plan, and AGC–EASTERN MISSOURI LABORERS' JOINT TRAINING FUND, an employee benefit plan, and LARRY BLOOMER, ANDREW ORLANDO, PERRI PRYOR, GARY ELLIOTT, RICHARD McGUIRE, BRANDON FLINN, JOHN B. MORGAN, JOHN P. MULLIGAN, ROBERT J. WESOLICH, FRANCIS R. WOJEHOWSKI, CLIFF LAND, and JOHN J. SMITH, SR., Trustees of the AGC–Eastern Missouri Laborers' Joint Training Fund, and LOCAL UNION NOS. 42-53-110, LABORERS INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO, labor organizations,<br><br>Plaintiffs, | No. 4:09-CV-944 CAS |

|                          |   |
|--------------------------|---|
| v.                       | ) |
|                          | ) |
| MAR-II CONCRETE CO.,     | ) |
|                          | ) |
|     Defendant. | ) |

## ORDER OF DISMISSAL

This matter is before the Court <u>sua sponte</u>. On November 24, 2009, the Court issued an order providing that plaintiffs promptly serve defendant Mar-II Concrete Co., and file proof of such service within thirty days. The order specifically provided that failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure and this order will result in dismissal without prejudice.

The record not reflecting proof of service on defendant Mar-II Concrete Co.,

**IT IS HEREBY ORDERED** that the above-captioned cause of action against defendant Mar-II Concrete Co. is **DISMISSED** without prejudice.

                                                   */s/ Charles A. Shaw*
                                       **CHARLES A. SHAW**
                                       **UNITED STATES DISTRICT JUDGE**

Dated this   5th   day of January, 2010.